| People v Valenzuela | 1st Dept: 146 AD3d 675 (Bronx) | denied 4/4/17 (Fahey, J.) |
|---|---|---|
| People v Valle | App Term, 2d Dept, 2d, 11th & 13th Jud Dists: 54 Misc 3d 137(A) (Richmond) | denied 4/20/17 (Fahey, J.) |
| People v Vargas | App Term, 1st Dept: 54 Misc 3d 130(A) (NY) | denied 4/20/17 (Garcia, J.) |
| People v Wendel | 4th Dept: 145 AD3d 1473 (Erie) | denied 4/6/17 (Rivera, J.) |
| People v White | 1st Dept: 143 AD3d 548 (NY) | denied 4/6/17 (Rivera, J.) |
| People v Wiggins | 2d Dept: 146 AD3d 995 (Nassau) | denied 4/10/17 (Fahey, J.) |
| People v Williams (Albert) | App Div, 1st Dept: 2014 NY Slip Op 79799(U) (NY) | denied reconsideration 4/6/17 (Rivera, J.) |
| People v Williams (Teiquawn) | 2d Dept: 146 AD3d 906 (Queens) | denied 4/4/17 (Stein, J.) |
| People v Williams (Victor) | 3d Dept: 145 AD3d 1188 (Albany) | denied 4/6/17 (Rivera, J.) |
| People v Williams (Willie) | App Div, 2d Dept: 2016 NY Slip Op 95331(U) (Westchester) | dismissed 4/6/17 (Abdus-Salaam, J.) |
| People v Wilson | 1st Dept: 146 AD3d 631 (NY) | denied 4/27/17 (DiFiore, Ch. J.) |
| People v Wynter | App Div, 2d Dept: 2017 NY Slip Op 60938(U) (Nassau) | dismissed 4/7/17 (DiFiore, Ch. J.) |
| People v Zagagoza | App Term, 1st Dept: 54 Misc 3d 130(A) (NY) | denied 4/6/17 (Rivera, J.) |

[76 NE3d 289, 53 NYS3d 878]

# In the Matter of J. MARSHALL AYRES.

Decided June 1, 2017